# IN THE SUPREME COURT OF THE STATE OF NEVADA

VERONICA LYNN PETERSON,
            Appellant,
    vs.
THE STATE OF NEVADA,
            Respondent.

No. 84027

FILED

JAN 18 2022

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
        DEPUTY CLERK

### ORDER DISMISSING APPEAL

This is a pro se appeal from a district court order denying a motion to reconsider decision and motion for appointment of counsel. Eighth Judicial District Court, Clark County; Kathleen E. Delaney, Judge.

Because no statute or court rule permits an appeal from an order denying a motion for reconsideration and denying a motion for appointment of counsel, this court lacks jurisdiction to consider this appeal. *Phelps v. State*, 111 Nev. 1021, 1022–23, 900 P.2d 344, 344–45 (1995); *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990). Accordingly, this court

ORDERS this appeal DISMISSED.

_____, J.
Hardesty

_____, J.
Stiglich

_____, J.
Herndon

22-01715

cc: Hon. Kathleen E. Delaney, District Judge
Veronica Lynn Peterson
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A